David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Jasmine Wetherell, Bar No. 288835
JWetherell@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.843.1284

Charles Sipos, *pro hac vice*
CSipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for General Mills, Inc.; General Mills Sales, Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA SCHWEINSBURG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.; and GENERAL MILLS SALES, INC.;<br><br>Defendants. | Case No. 3:22-cv-00403-DMS-JLB<br><br><u>CLASS ACTION</u><br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT**<br><br>Date:  May 13, 2022<br>Time:  1:30 p.m.<br>Ctrm:  13A<br>Judge: Hon. Dana M. Sabraw |

CASE NO. 3:22-cv-00403-DMS-JLB
NOTICE OF MOTION & MOTION TO
DISMISS COMPLAINT

156559010.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on May 13, 2022 at 1:30 p.m., or as soon as the matter may be heard, in the courtroom 13A of the Honorable Dana M. Sabraw at the United States District Court for the Southern District of California, located at James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, California, Defendants General Mills, Inc., and General Mills Sales, Inc. ("Defendants") will and hereby do move this Court to dismiss Plaintiff Loretta Schweinsburg's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Defendants bring this motion on the following grounds: (1) Plaintiff's claims are unmistakably preempted by federal law, (2) Plaintiff's claims are barred by the applicable statutes of limitations, and (3) Plaintiff's claims are barred for lack of economic injury.

This motion is based upon this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the Proposed Order, all pleadings and papers filed in this action, and such other arguments and evidence as may properly come before the Court.

DATED: April 11, 2022                    PERKINS COIE LLP

By: */s/ Jasmine Wetherell*
David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Charles Sipos, *pro hac vice*
CSipos@perkinscoie.com
Jasmine Wetherell, Bar No. 288835
JWetherell@perkinscoie.com

Attorneys for Defendants