UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA SCHWEINSBURG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.; GENERAL MILLS SALES, INC.,<br><br>Defendants. | Case No.: 3:22-cv-00403-RBM-JLB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>[Doc. 21] |

On May 2, 2022, Plaintiff Loretta Schweinsburg ("Plaintiff") and Defendants General Mills, Inc. and General Mills Sales, Inc. ("Defendants") (collectively, the "Parties") filed a joint motion for an order extending the time for Defendants to file a reply brief in support of Defendants' motion to dismiss ("MTD"). (Doc. 21)  Good cause appearing, the Parties' motion is **GRANTED**.  Defendants' reply brief in support of their MTD shall be filed on or before **May 12, 2022**.

/ / /

/ / /

/ / /

/ / /

1

3:22-cv-00403-RBM-JLB

1     **IT IS SO ORDERED.**

2     DATE: May 5, 2022

                                             HON. RUTH BERMUDEZ MONTENEGRO
                                             UNITED STATES DISTRICT JUDGE