

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Loretta Schweinsburg, on behalf of herself and all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>General Mills, Inc.; General Mills Sales, Inc.<br><br>**Defendant.** | Civil Action No. 22-cv-0403-RBM-DDL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that Defendants' motion to dismiss (Doc. 15) is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE. Because remand to state court would be futile due to federal preemption of Plaintiff's claims, Plaintiff's motion to remand (Doc. 6) is DENIED. Case is closed.

Date: 11/7/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Hernandez
T. Hernandez, Deputy